IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| RAMON MUNGIA | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv697 |
| HOBERT DOUGLAS, JR., ET AL. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Ramon Mungia, an inmate confined in the Coffield Unit of the Texas prison system, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge Don D. Bush who issued a Report and Recommendation (docket entry #7) finding that the court should dismiss Plaintiff's action with prejudice pursuant to 28 U.S.C. § 1915(g). Plaintiff has not filed any written objections. Accordingly, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that Plaintiff's action is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED this the 18th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE